# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA TUCKER, SUSAN GANZLER, TANISHA LORRAINE FRENCH, and SHEILA HARIAN, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHOLIC CHARITIES OF LOS ANGELES, INC., a California corporation; and DEBRA DE LUIS, an individual,<br><br>Defendants. | CASE NO.: CV10-3560 DMG (DTBx)<br>[Assigned to the Honorable Dolly Gee]<br><br>[PROPOSED] ORDER APPROVING *AMENDED* STIPULATED PROTECTIVE ORDER RE CONFIDENTIAL MEDICAL RECORDS AND INFORMATION<br><br>Complaint Filed:  May 12, 2010<br>Trial Date:  June 14, 2011 |

The Court has considered the *Amended* Stipulated Protective Order regarding Confidential Medical Records and Information the parties filed.

THE COURT HEREBY ORDERS that the Stipulated Protective Order regarding Confidential Medical Records and Information be approved.

Dated: 6 January, 2010 2011

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER APPROVING *AMENDED* STIPULATED PROTECTIVE ORDER RE: CONFIDENTIAL MEDICAL RECORDS AND INFORMATION